IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIA M. MATOESIAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:15 – cv – 164  DGW |
| | ) |
| MADISON COUNTY STATES | ) |
| ATTORNEY'S OFFICE, and | ) |
| MADISON COUNTY GOVERNMENT, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Julia Matoesian was 75 years old at the time defendants terminated her employment and plaintiff was replaced by a substantially younger employee. Defendants terminated plaintiff's employment by first informing plaintiff's husband. Both of these facts together with other matters gave plaintiff a good faith basis to believe that plaintiff's age was a factor in defendants' decision to terminate her employment.

Given the "but for" standard imposed by the Supreme Court and as applied by the Seventh Circuit plaintiff confesses the defendants' motion for summary judgment.

                                                                          Respectfully Submitted,

                                                                          Plaintiff, Julia M. Matoesian,

                                                                          By, her attorney,

                                                                          *s/ Lee W. Barron*

                                                                          Lee W. Barron (IL 06195132)
                                                                          112 Front St.
                                                                          Alton, Illinois 62002
                                                                          Phone: (618) 462-9160
                                                                          Cell phone: (618) 792-8551
                                                                          lee@leebarronlaw.com

**CERTIFICATE OF SERVICE**

        The Undersigned hereby certifies that a true and correct copy of the foregoing document was transmitted by email and also deposited in the US Mail on August 26, 2017, postage prepaid and properly addressed to all known counsel of record as follows:

    John L. Gilbert: jgilbert@sandbergphoenix.com
    Narcissa P. Symank: nsymank@sandbergphoenix.com
    Sandberg Phoenix & von Gontard
    101 West Vandalia
    Suite 300
    Edwardsville, IL 62025

                                       *s/ Lee W. Barron*

                                       Lee W. Barron (IL 06195132)